IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> EBERT G. BEEMAN, *et al.*, ) <br> ) <br> Defendants. ) | Case No. 1:10-cv-237-SJM |

## O R D E R

AND NOW, *to wit*, this 6th Day of July, 2011, this Court having previously entered on June 30, 2011 an Order of Judgment relative to Count I of the Complaint in favor of the United States and against Ebert G. Beeman [40], and the United States having filed a Motion for Entry of Final Judgment under Fed. R. Civ. P. 54(b) [41], and the Court, upon consideration of said motion, finding that there is no just reason for delay and that entry of a final judgment as to Count I of the complaint is warranted,

IT IS ORDERED, ADJUDGED, and DECREED that the United States' Motion for Entry of Final Judgment [41] shall be, and hereby is, GRANTED and the Order of Judgment entered on June 30, 2011 [40] is hereby certified as a final and appealable judgment in accordance with Rule 54(b) of the Federal Rules of Civil Procedure.

                                              s/     <u>Sean J. McLaughlin</u>

                                                      SEAN J. McLAUGHLIN
                                                      United States District Judge

cm:     All parties of record.