IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Civil No. 1:10-cv-00237-SJM |
| | ) |
| | ) |
| EBERT G. BEEMAN | ) |

### **O R D E R**

AND NOW, this __14th__ day of October, 2011, upon consideration of the Government's Application for Order to Show Cause Why Defendant Should Not Be Held in Criminal Contempt, IT IS ORDERED that said Application is GRANTED, and that a hearing shall be held on November 4, 2011 at 9:00 a.m. in Courtroom C, at which time Ebert Beeman shall be directed to show cause why he should not be held in contempt of this Court's July 22, 2011, Order of Sale.

---
UNITED STATES DISTRICT JUDGE