IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.  1:10-cv-237-SJM |
| v. ) | |
| ) | |
| EBERT G. BEEMAN, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

AND NOW, to wit, this 28th Day of February, 2012, upon consideration of Defendant Ebert G. Beeman's pending Motion to Allow Defendant to Re-Enter and Occupy Property of Residence [95] as well as the Government's response thereto [96],

AND, in view of the Government's prior representation that Internal Revenue Service Property Appraisal and Liquidation Specialist John Kenney is taking the steps necessary to ensure that the subject properties are properly protected against the weather (*see* United States' Response to Beeman's Motion for Miscellaneous Relief [86] at p. 1),

IT IS HEREBY ORDERED that said motion [95] shall be, and hereby is, DENIED.

                                                 s/     <u>Sean J. McLaughlin</u>

                                                 Sean J. McLaughlin
                                                 United States District Judge

cc:     All parties of record.